<table>
<tr><td colspan="2"></td></tr>
</table>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIDELITY & GUARANTY INSURANCE COMPANY, et al., | Case No.  15-cv-00062-BLF |
| Plaintiffs, | |
| v. | **ORDER VACATING AND CONTINUING CASE MANAGEMENT CONFERENCE TO AUGUST 27, 2015** |
| KB HOME SOUTH BAY, INC., | [Re: ECF 16] |
| Defendant. | |

United States District Court
Northern District of California

The parties in the above-captioned action are scheduled to appear for case management on May 28, 2015. Defendant has filed a motion to dismiss Plaintiff's complaint for lack of subject matter jurisdiction, which is set to be heard on July 9, 2015.

The Court HEREBY VACATES the May 28, 2015 case management conference, and CONTINUES the conference until August 27, 2015. The parties are ORDERED to file, no later than August 13, 2015, a joint case management statement which includes a proposed schedule with dates up to and including trial. If the parties are unable to agree on particular dates or deadlines, the parties are to include two proposed schedules which note the dates on which the parties disagree.

**IT IS SO ORDERED.**

Dated: May 26, 2015

_____
BETH LABSON FREEMAN
United States District Judge